# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** --- Short Form |
| v. | CASE NUMBER: 06-MJ-00117-DLW |
| RONALD YEAGER | PRO SE<br>(Defendant's Attorney) |
| | WALLACE KLEINDIENST<br>(Assistant United States Attorney) |

**THE DEFENDANT:** Was found guilty on count(s) 1.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551; 36 C.F.R. 261.10L | Violating Terms of Operating Plan | November 6, 2005 | 1 |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Totals:** | $10.00 | $50.00 |

$25.00 CVB Processing Fee

| | |
|---|---|
| Defendant's Soc. Sec. Number: **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** | May 9, 2006<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: **08/16/52** | |
| Defendant's USM No.: | s/David L. West<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>**20803 Highway 160**<br>**Durango, Colorado 81301** | David L. West, United States Magistrate Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>**SAME** | |
| | May 9, 2006<br>Date |